

**THE SUPREME COURT OF TEXAS**
Post Office Box 12248
Austin, Texas 78711

(512) 463-1312

Monday, April 13, 2015

Mr. Brett Brewer                                    Mr. Jeffrey R. Pruitt
The Norman Law Firm                        Garza & Pruitt
215 E. Commerce, 2nd Floor             402 Peoples Street, Suite 2F
Jacksonville, TX 75766                       Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *               * DELIVERED VIA E-MAIL *

RE:     Case Number:  14-0645
            Court of Appeals Number:  12-13-00262-CV
            Trial Court Number:  2011-05-0389

Style:  WASSON INTERESTS, LTD.
            v.
            CITY OF JACKSONVILLE, TEXAS

**FILED IN COURT OF APPEALS**
**12th Court of Appeals District**
APR 13 2015
TYLER TEXAS
**CATHY S. LUSK, CLERK**

Dear Counsel:

Today the Supreme Court of Texas granted the Motion for Extension of Time to File Respondent's Brief on the Merits in the above-referenced case. Respondent's brief on the merits is due to be filed in this office **May 11, 2015**. Petitioner's reply brief is due no later than **May 26, 2015**. **FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

**PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Persons not represented by an attorney may e-file documents, but e-filing is not required. If you are not an attorney you may file using the traditional paper filing method. An original and one copy are required for all paper filings with the Texas Supreme Court. The original is required to be bound; the copy may be unbound so that it may be scanned by the Court. The paper copy must comply with Texas Rules of Appellate Procedure 9. For more details, see the Court's Order Requiring Electronic Documents in the Supreme Court of Texas at http://www.txcourts.gov/All_Archived_Documents/SupremeCourt/AdministrativeOrders/miscdocket/13/13916500.pdf.



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (*See* TEX. R. APP. P. 9.2(c)(7)).

Sincerely,

Blake A. Hawthorne, Clerk

by Justin Chavez, Deputy Clerk

cc:    Ms. Cathy S. Lusk (DELIVERED VIA E-MAIL)
       Ms. Janet Gates